**E-FILED**

JUDGE SHADUR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 1 6 2002

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 02 CR 972    Magistrate Judge Edward A. Bobrick |
| v. | ) Violations: Title 18, United States District Court |
| | ) States Code, Sections |
| DAVID MALIK, also known as | ) 2252A(a)(2)(A) and 2252A(a)(5)(B) |
| "David Melik" | ) |

## COUNT ONE

The SPECIAL SEPTEMBER 2002 GRAND JURY charges: .

On or about October 31, 2001, at Chicago, in the Northern District of Illinois, Eastern

Division,

### DAVID MALIK,

defendant herein, knowingly received an image of child pornography, namely a computer file titled

D:Stuff\Stuff\shiat\PN\NudismPreteen\Lolita\12year04(illegal_incest_kiddy_rape)preteen

Lolita(1)(1).jpg, that has been mailed, shipped, and transported in interstate and foreign commerce

by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).



## COUNT TWO

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

On or about October 8, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

### DAVID MALIK,

defendant herein, knowingly possessed material which contained no fewer than 4,000 images and no fewer than 150 digital videoclips of child pornography, namely, a IBM hard-drive, model number DPTA-371360, serial number DP/N0003570T-46880-9AB0KCY, and a Buslink portable hard-drive, model number L13/136B, serial number 0Q1L13A4038, such images having been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

1.    The allegations of Counts One and Two of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    As a result of his violations of Title 18, United States Code, Section 2252A,

## DAVID MALIK,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations.

3.    The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items:

>       (a)    seized personal computers including hard and zip drives;

>       (b)    seized peripheral connecting cables and equipment;

>       (c)    seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

>       (d)    seized images.

4.    To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the

Case 1:02-cr-00972   Document 4    Filed 10/16/2002    Page 4 of 5

defendant:

      (a)   cannot be located upon the exercise of due diligence;

      (b)   has been transferred to, sold to, or deposited with a third person;

      (c)   has been placed beyond the jurisdiction of the court;

      (d)   has been substantially diminished in value;

      (e)   has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o);

    All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

s/ Foreperson
**FOREPERSON**

s/ U.S. Attorney
UNITED STATES ATTORNEY

No. 02 CR 972

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

DAVID MAILK

**I N D I C T M E N T**

in violation of:    Title 18, United States Code,
Sections 2252A(a)(2)(A) and
2252A(a)(5)(B)

A true bill:

s/ Foreperson
_____ v
                    Foreman

Filed in upen court this

**OCT 1 6 2002**

of _____ , A.D. 19_____ day

MICHAEL W. DOBBINS
_____ Clerk

_____

Bail, $ _____

05/02/06 TUE 09:07 FAX 3096717141    US MAGISTRATE_JUDGE    →→→ CLERK PEORIA    ☑001
MAY 02 2006 08:42 FR US MIKROSHAL CEVOLN # 1 Page 6 of 22
PAGE 16 06 12:19 FR USMS N/IL    312 3537440 TO 312174925053    P.02/02

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

**WARRANT FOR ARREST**

v.

David Malik

Case Number: 02 cr 972-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **David Malik** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   Information   Complaint   X Order of court   Violation Notice
Probation   Violation Petition

charging him or her with: **Violations of conditions of supervised release**
(See Attachment)

in violation of Title United States Code, Section(s)

Yvette Pearson Issuing Officer

U.S. Deputy Clerk

Signature of Issuing Officer

March 16, 2006; Chicago

Bail fixed at $

, Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest | | |

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

|  Northern  | District of | Illinois |

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |

**DOCKETED**

**JUL 1 6 2003**

David Malik

Case Number: 02 CR 972-1

Luis Galvan
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) ___one (1) and two (2)___

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 2252A(a)(2)(A) | Receipt of Child Pornography Transported in Interstate Commerce | 10/8/02 | 1 |
| 18 U.S.C. 2252A9A)(5)(B) | Possession of Child Pornography Transported in Interstate Commerce | 10/8/02 | 2 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

July 10, 2003
Date of Imposition of Judgment

s/ U.S. District Judge
Signature of Judicial Officer

Milton I. Shadur, Senior U.S. District Judge
Name and Title of Judicial Officer

July 15, 2003
Date

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 1A

AO 245B    (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __5__

DEFENDANT:    David Malik
CASE NUMBER:    02 CR 972-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of ____thirty (30) months.____ .

☒    The court makes the following recommendations to the Bureau of Prisons:
This Court recommends Butner North Carolina as the institution for incarceration.
This Court further recommends that the defendant participate in a residential sex
offender treatment program.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page   3    of    5

DEFENDANT:  David Malik
CASE NUMBER:    02 CR 972

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   three (3) years.

The defendant shall participate in a mental health treatment program at the direction of
the United States Probation Department.    The defendant shall comply with sex offender
registration regulations.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

AO 245B   Case 1:02-cr-00972   Document 37   Filed 07/10/2003   Page 4 of 8
(Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT:     David Malik
CASE NUMBER:    02 CR 972-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 200.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

05/02/06 09:51 FAX 312 554 8062 U.S. DISTRICT COURT Page 11 of 22
1:06-mj-06024-JAG # 1

AO 245B (Rev. 3/01) Judgment in a Criminal Case Case 1:02-cr-00972 Document 37 Filed 07/10/2003 Page 5 of 8
Sheet 6 — Criminal Monetary Penalties
@019

Judgment — Page __5__ of __5__

DEFENDANT: David Malik
CASE NUMBER: 02 CR 972-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☑ Lump sum payment of $ __200.00__ due xxxxxxxxxxxxxxxxxxxx

    ☒ not later than __November 10, 2003__ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

    The cost of incarceration and supervision is waived.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 02 CR 972 |
| v. | ) |
| | ) Judge Milton I. Shadur |
| DAVID MALIK | ) |

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of 18 U.S.C. § 2253, and the Court being fully informed hereby

FINDS as follows:

(a)     On October 16, 2002, an indictment was returned charging defendant DAVID MALIK with the receipt of child pornography in violation of 18 U.S.C. § 2252(a) (2)(A) and with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B);

(b)     The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 2253;

(c)     On January 23, 2003, pursuant to Fed. R. Crim. P. 11, defendant DAVID MALIK entered a voluntary plea of guilty to the indictment in this case, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 2253;

(d)     Pursuant to the terms of his plea agreement, as a result of his violations of 18 U.S.C. § 2252(A), defendant DAVID MALIK agreed that the following property was used to commit, and to facilitate the commission of, his attempted sexual exploitation of a minor, and is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 2253:

1.    seized personal computers including hard and zip drives;

2.    seized peripheral connecting cables and equipment;

3.    seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

4.    seized images.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.    That, pursuant to the provisions of 18 U.S.C. § 2253, and to the terms of his plea agreement and Fed. R. Crim. P. 32.2, all right, title and interest of the defendant DAVID MALIK in the following property is hereby forfeited to the United States of America for disposition according to law:

(a)    seized personal computers including hard and zip drives;

(b)    seized peripheral connecting cables and equipment;

(c)    seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

(d)    seized images.

2.    That, pursuant to the provisions of 18 U.S.C. § 2253(f), following entry of this order, the United States Marshal shall seize and take custody of the foregoing personal property for disposition as the Attorney General may direct;

3.    Further, pursuant to the provisions of 21 U.S.C. § 2253(m)(1), upon entry of this preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the property according to law. The government may also, to the extent practicable,

2

pursuant to statute, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order;

4.      That, pursuant to 18 § U.S.C. 2253(m)(2), any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States may, within thirty days of the final publication of notice or his receipt of notice under paragraph (3), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property. The hearing shall be held before the court alone, without a jury;

5.      That, following the court's disposition of all third party interests, the court shall, if appropriate, enter a final order of forfeiture as to the property which is the subject of this preliminary order of forfeiture, which shall vest clear title in the United States of America;

6.      That, the terms and conditions of this preliminary order of forfeiture are part of the sentence imposed against defendant DAVID MALIK and shall be made part of any judgment and commitment order entered in this case against him;

7.      This court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this forfeiture order.

s/ U.S. District Judge
MILTON I. SHADUR
United States District Judge

DATED: _July 10, 2003_

BOBRICK, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00972-ALL
## Internal Use Only

Case title: USA v. Malik

Date Filed: 10/16/2002

Assigned to: Hon. Milton I. Shadur

#### Defendant

**David Malik** (1)
*TERMINATED: 07/10/2003*

represented by **Luis M. Galvan**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: luis_galvan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

#### Pending Counts

18:2252A.F ACTIVITIES RE
MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO
(1-2)

#### Disposition

The defendant is hereby committed to
the custody of the United States Bureau
of Prisons to be imprisoned for a total
term of thirty (30) months. The
defendant is remanded to the custody of
the United States Marshal. Upon release
from imprisonment the defendant shall
be on supervised release for a term of
three (3) years. Criminal monetary
penalties. Schedule of payments.
Preliminary order of forfeiture.

#### Highest Offense Level (Opening)

Felony

#### Terminated Counts

None

#### Disposition

## Highest Offense Level (Terminated)

None

## Complaints

### Disposition

None

## Plaintiff

**United States of America**          represented by **Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

#### Probation Department

408-5197
*ATTORNEY TO BE NOTICED*

#### Monika Bickert

United States Attorney's Office, NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: monika.bickert@usdoj.gov
*ATTORNEY TO BE NOTICED*

#### T Markus Funk

United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 02/08/2005*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/01/2002 | 3 | MINUTE ORDER of 10/1/02 by Hon. Edward A. Bobrick as to David Malik : Defendant waives preliminary examination hearing and detention hearing; order defendant bound to the district court for further proceedings. No notice (kmt) (Entered: 10/15/2002) |
| 10/08/2002 | 1 | COMPLAINT Hon. Edward A. Bobrick (ar) (Entered: 10/11/2002) |

| 10/08/2002 | | DEFENDANT David Malik arrested (ar) (Entered: 10/11/2002) |
|---|---|---|
| 10/08/2002 | 2 | MINUTE ORDER of 10/8/02 by Hon. Edward A. Bobrick as to David Malik : Initial appearance proceedings of David Malik held. Defendant informed of rights. Defendant appears in response to arrest on 10/08/02. Preliminary examination and detention hearing set on 10/10/02 at 2:00 p.m. Luis Galvan is appointed as counsel to represent defendant. Mailed notice (ar) (Entered: 10/11/2002) |
| 10/16/2002 | | Modification: for Hon. Edward A. Bobrick Case assigned to Hon. Milton I. Shadur (kmt) (Entered: 10/17/2002) |
| 10/16/2002 | 4 | INDICTMENT Counts filed against David Malik (1) count(s) 1-2 (kmt) (Entered: 10/17/2002) |
| 10/16/2002 | 5 | DESIGNATION SHEET FELONY Category 2 (kmt) (Entered: 10/17/2002) |
| 10/16/2002 | 6 | MINUTE ORDER of 10/16/02 by Hon. Edward A. Bobrick as to defendant David Malik : No bond set; detained by magistrate, granted. Enter Order. No notice (kmt) (Entered: 10/17/2002) |
| 10/17/2002 | 7 | ARRAIGNMENT NOTICE: Before Hon. Milton I. Shadur as to defendant David Malik : Arraignment and plea set for 10/29/02 at 10:00 a.m. Mailed notice (kmt) (Entered: 10/17/2002) |
| 11/01/2002 | 8 | MINUTE ORDER of 11/1/02 by Hon. Milton I. Shadur as to David Malik : Arraignment held. Defendant enters a plea of not guilty to all charges. LR16.1 is to be completed by 11/12/2002. Defense motions are to be filed by 11/19/2002 followed by the governmenet's response on 11/26/2002. A status hearing is set for 12/04/2002 at 1:15 p.m. This court finds that the time from today to and including 12/04/2002 is excludable under 18:3161(h)(1) and the Tibboel Case. Mailed notice (pmp) (Entered: 11/04/2002) |
| 12/04/2002 | 9 | MINUTE ORDER of 12/4/02 by Hon. Milton I. Shadur as to defendant: Status hearing held. Change of plea hearing set for 12/18/02 at 1:30 p.m. Mailed notice (kmt) (Entered: 12/05/2002) |
| 12/18/2002 | 10 | MINUTE ORDER of 12/18/02 by Hon. Milton I. Shadur as to David Malik : Change of plea hearing is reset to 12/23/02 at 1:15 p.m. Mailed notice (yap) (Entered: 12/19/2002) |
| 12/30/2002 | 11 | MINUTE ORDER of 12/30/02 by Hon. Milton I. Shadur as to David Malik : Change of plea hearing is reset to 1/13/03 at 1:15 p.m. Mailed notice (yap) (Entered: 12/31/2002) |
| 01/13/2003 | 12 | MINUTE ORDER of 1/13/03 by Hon. Milton I. Shadur as to David Malik : Change of plea hearing reset to 01/21/03 at 10:30 a.m. Mailed notice (ar) (Entered: 01/14/2003) |
| 01/21/2003 | 13 | MINUTE ORDER of 1/21/03 by Hon. Milton I. Shadur as to David Malik: Status hearing held. Jury selection and trial is set to begin at 9:30 a.m. |

| | | |
|---|---|---|
| | | February 10, 2003. Mailed notice (yap) (Entered: 01/22/2003) |
| 01/23/2003 | 14 | MINUTE ORDER of 1/23/03 by Hon. Milton I. Shadur as to David Malik: Change of plea hearing held. Defendant enters plea of guilty to count one and two of the criminal indictment. Plea accepted. Judgment of guilty entered. Order PSI. Sentencing is set for 3/27/03 at 1:15pm. Mailed notice (emd) (Entered: 01/24/2003) |
| 01/23/2003 | 15 | PLEA Agreement as to David Malik (emd) (Entered: 01/24/2003) |
| 03/26/2003 | 16 | MINUTE ORDER of 3/26/03 by Hon. Milton I. Shadur as to David Malik : Sentencing is reset to 4/17/03 at 10:00am. Mailed notice (emd) (Entered: 03/27/2003) |
| 04/17/2003 | 17 | MINUTE ORDER of 4/17/03 by Hon. Milton I. Shadur as to David Malik : Sentencing hearing is reset to 04/29/03 at 2:00 p.m. Mailed notice (ar) (Entered: 04/18/2003) |
| 04/29/2003 | | ORAL MOTION by USA for a continuance of the sentencing date (yap) (Entered: 05/02/2003) |
| 04/29/2003 | 18 | MINUTE ORDER of 4/29/03 by Hon. Milton I. Shadur as to David Malik: Defense counsel's motion for a continuance of the sentencing date [0-1] is granted. Sentencing is reset to 5/27/03 at 1:15 p.m. Mailed notice (yap) (Entered: 05/02/2003) |
| 06/05/2003 | 25 | MINUTE ORDER of 6/5/03 by Hon. Milton I. Shadur as to David Malik: Sentencing is reset to 6/23/03 at 1:15 p.m. Mailed notice (yap) (Entered: 06/06/2003) |
| 06/18/2003 | 26 | MOTION by David Malik for downward departure (yap) (Entered: 06/19/2003) |
| 06/19/2003 | 27 | RESPONSE by USA to defendant David Malik's motion for downward departure [26-1]; Notice (yap) (Entered: 06/20/2003) |
| 06/23/2003 | 28 | MINUTE ORDER of 6/23/03 by Hon. Milton I. Shadur as to David Malik: Sentencing hearing continued to 6/27/03 at 11:00 a.m. Mailed notice (yap) (Entered: 06/25/2003) |
| 06/24/2003 | 34 | MOTION by USA for entry of preliminary order of forfeiture as to defendant David Malik (Attachment); Notice (yap) (Entered: 07/11/2003) |
| 06/26/2003 | 30 | AMENDED motion by David Malik for downward departure [26-1]; Notice (yap) (Entered: 06/30/2003) |
| 06/27/2003 | 29 | MINUTE ORDER of 6/27/03 by Hon. Milton I. Shadur as to David Malik: Sentencing hearing not held. Simultaneous supplemental briefs are to be filed on or before 7/7/03. Sentencing is reset to 7/10/03 at 11:00 a.m. Mailed notice (yap) (Entered: 06/30/2003) |
| 06/27/2003 | 31 | RESPONSE by USA to defendant David Malik's amended motion for downward departure [30-1]; Notice (yap) (Entered: 06/30/2003) |

| 07/01/2003 | 32 | MINUTE ORDER of 7/1/03 by Hon. Milton I. Shadur as to David Malik: For each of the reasons (and under either approach) set out in this memorandum, this court will look to the less punitive Guideline section in sentencing Malik. (Entered Memorandum ). Mailed notice (yap) (Entered: 07/02/2003) |
| 07/03/2003 | 33 | MOTION by USA for reconsideration of this court's 7/1/03 ruling as to defendant David Malik ; Notice (yap) (Entered: 07/07/2003) |
| 07/10/2003 | 35 | MINUTE ORDER of 7/10/03 by Hon. Milton I. Shadur as to David Malik: Govermment's motion for entry of preliminary order of forfeiture [34-1] is granted. (Entered Preliminary Order of Forfeiture). Mailed notice (yap) (Entered: 07/11/2003) |
| 07/10/2003 | 36 | MINUTE ORDER of 7/10/03 by Hon. Milton I. Shadur as to David Malik: Enter supplement to Memorandum [32-1]. This supplement accordingly buttresses what was said in the memorandum. This reinforcement reconfirms this court's resolution of the matter as set out there. Entered Supplement to Memorandum . Mailed notice (yap) (Entered: 07/11/2003) |
| 07/10/2003 | 37 | SENTENCING/Judgment and Commitment Order of 7/10/03 by Hon. Milton I. Shadur : Sentencing David Malik (1) count(s) 1-2. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment the defendant shall be on supervised release for a term of three (3) years. Criminal monetary penalties. Schedule of payments. Preliminary order of forfeiture. , case terminated Mailed notice (emd) (Entered: 07/16/2003) |
| 07/16/2003 |    | JUDGMENT and Commitment issued to U.S. Marshal (emd) (Entered: 07/16/2003) |
| 08/08/2003 | 38 | NOTICE of filing of agreed emergency motion by USA for an extension of time to file notice of appeal (yap) (Entered: 08/11/2003) |
| 08/08/2003 | 39 | MINUTE ORDER of 8/8/03 by Hon. Charles R. Norgle Sr as to David Malik: Government's emergency motion for an extension of time to file notice of appeal is granted. (Entered Order). Mailed notice (yap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/08/2003 | 40 | AGREED EMERGENCY MOTION by USA for an extension of time to file notice of appeal as to defendant David Malik (Attachment); Notice (kmt) (Entered: 08/15/2003) |
| 08/15/2003 | 41 | RETURN of service of preliminary order/publication executed upon David Malik on 8/14/03 (pmp) (Entered: 08/18/2003) |
| 08/15/2003 | 42 | RETURN of service of preliminary order/publication executed upon David Malik on 8/4/03 (7001-1940-000-1838-9306) (pmp) (Entered: 08/18/2003) |

| | | |
|---|---|---|
| 08/18/2003 | 43 | MOTION by USA for clarification of prior orders as to defendant David Malik ; Notice (yap) (Entered: 08/26/2003) |
| 08/22/2003 | 44 | MINUTE ORDER of 8/22/03 by Hon. Milton I. Shadur as to David Malik: Government's motion for clarification of prior orders as to defendant David Malik [43-1] is granted. This court clarified the matter orally in open court. Mailed notice (yap) (Entered: 08/26/2003) |
| 09/08/2003 | 45 | RETURN of service of Preliminary order/publication executed upon David Malik on 8/25/03 (Attachment) (yap) (Entered: 09/08/2003) |
| 09/10/2003 | 46 | NOTICE OF APPEAL by plaintiff USA from Scheduling order Sentencing David Malik (1) count(s) 1-2. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment the defendant shall be on supervised release for a term of three (3) years. Criminal monetary penalties, Schedule of payments, Preliminary order of forfeiture. [37-1], from case terminated [37-2], from order [37-3]; Notice ( FEE WAIVED ) (cdh) (Entered: 09/11/2003) |
| 09/10/2003 | 47 | DOCKETING STATEMENT by plaintiff USA appeal [46-1] . (cdh) (Entered: 09/11/2003) |
| 09/11/2003 | | TRANSMITTED to the 7th Circuit the short record on appeal [46-1] as to David Malik. Mailed notice to all counsel. (cdh) (Entered: 09/11/2003) |
| 09/15/2003 | 48 | JUDGMENT and Commitment returned executed 9/5/03 David Malik (1) count(s) 1-2 (yap) (Entered: 09/16/2003) |
| 09/15/2003 | 49 | ACKNOWLEDGEMENT of receipt of short record on appeal, re: as to David Malik appeal [46-1] USCA 03-3404 (yap) (Entered: 09/16/2003) |
| 09/22/2003 | 50 | TRANSCRIPT of proceeding as to David Malik held before Hon. Milton I. Shadur on 7/10/03, 6/27/03 and 8/22/03 (3 vols: 50-1 through 50-3) (yap) (Entered: 09/23/2003) |
| 10/01/2003 | | TRANSMITTED to the 7th Circuit the long record on appeal no. 03-3404 as to David Malik consisting of one volume of pleadings and three volumes of transcript of proceedings under separate certificate on appeal [46-1] Mailed notice to all counsel. (mak) Modified on 10/01/2003 (Entered: 10/01/2003) |
| 10/02/2003 | 51 | CORRECTED PRESENTENCE Investigation Report, J&C - sealed on David Malik (kmt) (Entered: 10/03/2003) |
| 10/02/2003 | 52 | SENTENCING Recommendation - sealed on David Malik (kmt) (Entered: 10/03/2003) |
| 10/03/2003 | 53 | MINUTE ORDER of 10/3/03 by Hon. Milton I. Shadur as to David Malik: This court recognizes that this case is the subject of a pending appeal, so that jurisdiction is lodged in the Court of Appeals. But what has been said here is, as indicated, a clarification of an unintended misquotation--it does |

|            |      |                                                                                                                                                                                                                                                                                          |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | not seek to modify this court's final judgment and committment order that is the subject of that appeal, so that it should not be viewed as any attempted interference with the Court of Appeals' exclusive jurisdiction. Entered Amendment to Memorandum Mailed notices by judge's staff (yap) (Entered: 10/10/2003) |
| 10/06/2003 |      | TRANSMITTED to the 7th Circuit supplement to the record on appeal no. 03-3404as to David Malik consisting of 2 under seal PSIs and a certified copy of docket sheet. Mailed notice to all counsel. (yap) (Entered: 10/06/2003) |
| 01/05/2004 | 54   | MOTION by USA for entry of final order of forfeiture as to defendant David Malik (Attachment); Notice (yap) (Entered: 01/08/2004)                                                                                                                                                          |
| 01/06/2004 | 55   | MINUTE ORDER of 1/6/04 by Hon. Milton I. Shadur as to David Malik: USA's motion for entry of final order of forfeiture [54-1] is granted. (Entered Final Order of forfeiture). Mailed notice (yap) (Entered: 01/08/2004)                                                                     |
| 10/14/2004 | 56   | LETTER from the 7th Circuit returning the record on appeal 03-3404 as to David Malik consisting of one volumes of pleadings, three volumes of transcripts and two volumes of in camera material (las) (Entered: 10/15/2004)                                                                  |
| 10/14/2004 | 57   | OPINION from the 7th Circuit as to David Malik Argued 9/9/04; Decided 9/22/04. ( 03-3404) (las) (Entered: 10/15/2004)                                                                                                                                                                      |
| 10/14/2004 | 58   | CERTIFIED COPY of order from the 7th Circuit as to David Malik vacating judgment of the district court and case is remanded back to District Court [46-1] ( 03-3404) (las) (Entered: 10/15/2004)                                                                                            |
| 02/08/2005 | ●59  | ATTORNEY Designation for USA of Monika Bickert (yap, ) (Entered: 02/10/2005)                                                                                                                                                                                                               |
| 02/23/2005 | ●60  | MINUTE entry before Judge Milton I. Shadur : Status Hearing as to David Malik held. Defendant's motions regarding re-sentencing are to be filed on or before 3/15/05. Government's response is due 3/29/05. A status hearing is set for 3/31/05 at 9:00am. Mailed notice (emd, ) (Entered: 02/23/2005) |
| 03/31/2005 | ●61  | MINUTE entry before Judge Milton I. Shadur as to David Malik : Status Hearing held. Sentencing set for 4/15/2005 at 01:15 PM. Mailed notice (yap, ) (Entered: 03/31/2005)                                                                                                                   |
| 05/05/2005 | ●62  | MINUTE entry before Judge Milton I. Shadur : Sentencing reset to 5/13/2005 at 01:15 PM. Mailed notice (emd, ) (Entered: 05/06/2005)                                                                                                                                                        |
| 05/12/2005 | ●63  | MINUTE entry before Judge Milton I. Shadur as to David Malik: Sentencing is reset to 5/24/2005 at 10:00 AM. Mailed notice (yap, ) (Entered: 05/13/2005)                                                                                                                                     |
| 05/24/2005 | ●64  | AMENDED JUDGMENT as to David Malik: Reason for Amendment: Correction of sentence on remand (18 U.S.C. 3742(f)(1) and (2); The defendant is hereby committed to the custody of the United States Bureau |

|            |        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        | of Prisons to be imprisoned for a total term time served *, Defendant has already served thirty (30) months in custody and has for several months been on supervised release (the previously specified term of which is 3 years). That remaining supervised term and all its conditions remain unchanged. Signed by Judge Milton I. Shadur on 5/25/05.Mailed copy to counsel of record notice (Attachments: # 1 Main Document # 2 Main Document) (yap, ) (Entered: 06/03/2005) |
| 06/09/2005 | ❾      | AMENDED JUDGMENT and Commitment as to David Malik issued to U.S. Marshal (yap, ) (Entered: 06/09/2005)                                                                                                                                                                                                                                                                                                                                                                      |
| 03/15/2006 | ❾65    | MINUTE entry before Judge Milton I. Shadur as to David Malik: It is ordered that a bench warrant issue for defendant David Malik for violations of conditions of supervised release. Mailed notice (yap, ) (Entered: 03/16/2006)                                                                                                                                                                                                                                             |
| 03/16/2006 |        | BENCH WARRANT issued as to David Malik (yap, ) (Entered: 03/16/2006)                                                                                                                                                                                                                                                                                                                                                                                                       |
| 03/22/2006 | ❾66    | ATTORNEY Designation for USA of Monika Bickert (yap, ) (Entered: 03/23/2006)                                                                                                                                                                                                                                                                                                                                                                                                |