AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

E-FILED

Tuesday, 02 May, 2006  03:40:16 PM

Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

**FILED**

**MAY 0 2 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____Central_____ DISTRICT OF _____Illinois_____

UNITED STATES OF AMERICA

V.

_____David Malik, aka David Melik_____

Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS

(Complaint/Indictment)

CASE NUMBER:  06-6024 _____

CHARGING DISTRICTS
CASE NUMBER:  02 cr 972-1 _____

I understand that charges are pending in the _____Northern_____ District of _____Illinois_____

alleging violation of _____18 USC 3583(e)(3)_____ and that I have been arrested in this district and

(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  identity hearing

(  )  preliminary hearing

(X)  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/Defendant

_____
Defendant

_____5-2-06_____

Date

s/  Defense Counsel

_____
Defense Counsel