# UNITED STATES DISTRICT COURT

—————————— Central District of Illinois ——————————

E-FILED
Tuesday, 02 May, 2006 02:24:03 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA<br>V.<br><br>David Malik, aka David Melik | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | NDIL 02 cr 972-1 | CDIL 06-6024 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment      ___ Information      ___ Complaint      _X_ Other (specify)

Charging a violation of          18   U.S.C.  § 3583(e)(3)

**DISTRICT OF OFFENSE** NDIL

**DESCRIPTION OF CHARGES:** Violation of Conditions of Supervised Release

**CURRENT BOND STATUS:**

    ❑ Bail fixed at _____ and conditions were not met
    ❑ Government moved for detention and defendant detained after hearing in District of Arrest
    ☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
    ❑ Other (specify)

| **Representation:** | ❑ Retained Own Counsel | ☒ Federal Defender Organization | ❑ CJA Attorney | ❑ None |
|---|---|---|---|---|
| **Interpreter Required?** | ❑ No | ❑ Yes | Language: | |

**CENTRAL  DISTRICT OF ILLINOIS**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant

| 5·2·06 | s/ John A. Gorman |
|---|---|
| Date | United States Magistrate Judge |

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |