

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

May 2, 2006

United States District Court
Northern District of Illinois
219 S.Dearborn St., 20th Floor
Chicago, IL 60604

CDIL: 06-6024 USA v David Malik
NDIL: 02 cr 972-1

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ John M. Waters

John M. Waters, Clerk
JMW/tk
Enc.

Acknowledgment and Receipt:

_____          _____
Signature                                                                    Date